were so consistent... I don't think there'd be any ticks... In this case, she might survive about five to ten months. That's three to five years in her opinion... Since she'll just be in this lap twice the time... You see, we're talking about something 22 years ago. That's a really good number. But with that number, your restriction up to the bible and... You have injuries from severe injuries, like her knee injury... Which is just an example of what's exactly what we do. It's called a split in the knee joint fracture. Section 13, 1, 2, 3, 82. Which is the score of 36 years. The pain, the cartilage, the cartilage... But what happens in this case, in her case, the more acute or lower injury, is that you put an additional immediate restraint. So, if there are any specific substations associated with the injury, you can use it. What's important to know is that her knee was charged, so it's like you said, it tracks the subsection into... The subsection into one. So you can charge the knee, and it should be accepted. It's quite a complicated injury, but it is an indiscriminate injury. It was a drop-down patient case. So, if you drop-down a patient, your patient's medication, and their medication is charged, and it's charged on you, and it's issued, and it's issued on the patient, and it's ordered, and it's called homologated, the patient's medication. In this case, what we have here is 17 actual cases where the patient received a joint surgery. It was a joint surgery, and it was a joint surgery to be able to isolate the skin and to heal the patient. So, what I want you to do is to turn the page a little bit. So, we have all of these very important items, and I want you to turn the page on the next page. So, I'm going to go ahead and end this drop-down case and close out of the case. I'm going to talk about how often the injury and the patient's best case is that you get a bullet death by a gun. In this case, the trauma to the patient actually gets eliminated if the injury didn't go up to the finish line or wasn't consistent in order to restore all of the subjects and make it different ways for the patients to die because of the trauma. In this case, it's a human case of trauma, and it's a case of human justice. And so, what happens is when you have the best case, you have to pay homes to be fully charged. In this case, what you can know about guns are because you don't know what your injury is, you don't know what you're going to do, it's not a specific subsection. It's a bigotry. And what happens is the audience may find that when the patient goes to the fence, can you see that sometimes the cap's not even wearing? And then, that means that she's making fun of her and making fun of herself because, you know, the shooter's shooting her because of that. It's a statutory offense. And so, you need to know that statutory offenses are physically charged and mentally charged, and the allegations of injuries are supposed to be dismissed. And so, even though you're pretty much a citizen, and you're used to it, but you might have been free to do it, that's the end of the story. And I think that's the future of the section that I'm very excited about. And I think it's going to be a very important section. Thank you. We have a follow-up question here. Number three, you'll find decisions that are subject to and are subject to the Marcia O'Connor Act, for example, that the agency will find an actual basis for the violence that you're doing to. And the only one that you may be submitting to as a basis for any kind of violence was the one in which she was trusting to the survivors specifically. And in that case, the survivors in those cases, they just mentioned that they were saying that maybe spiritual support was possible in the context that she was joining the  And this is kind of similar to that for our version of the agency, which is in 2007 at the Catholic Church. And in that case, the agency would register the violence that you're saying. And those would be the sources of these agencies. And in that case, there would be a basis for actual basis of support for any kind of violence that you were providing to the survivors in those survivors in those cases. And in that case, of course, today, I'm going to talk about  of the things that we can do to make sure that we can make sure that we can make sure that
judges: Gould, Berzon, Tunheim